BRANDON C. FERNALD (BAR NO. 222429)
brandon@fernaldlawgroup.com
**FERNALD LAW GROUP LLP**
510 W. 6th St, Suite 700
Los Angeles, California 90014
Telephone: (323) 410-0300
Facsimile: (323) 410-0330

AARON P. BRADFORD (*pro hac vice*)
ANDREA M. LAFRANCE (*pro hac vice*)
**BRADFORD, LTD**
2701 Lawrence Street, Suite 104
Denver, Colorado 80205
Telephone: (303) 325-5467
Facsimile: (844) 406-5294
E-Mail: aaron@APB-law.com

*Attorneys for Defendants Tire & Wheel Master, Inc. d/b/a Tire & Wheel Master Wholesale Distributor; Tire & Wheel Master Wholesale Distributor; and USA Wheel & Tire Outlet, Inc.*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS, <br><br> Plaintiff, <br><br> vs. <br><br> TWM WHOLESALE, LLC and TIRE & WHEEL MASTER, INC.; TIRE & WHEEL MASTER, LLC; USA WHEEL & TIRE OUTLET, INC.; ASLAM PROPERTY, INC.; | Case No. 2:18-cv-00339-MCE-GGH <br><br> **ORDER GRANTING STIPULATED REQUEST TO EXTEND BRIEFING SCHEDULE** |

1

HB COMMERCIAL, LLC; NADEEM ASLAM;
and AMMAD HUSSAIN,

        Defendants.

The Court, having reviewed the parties' stipulation requesting an extension of time to extend the opposition and reply deadlines with respect to Plaintiff's Motion for Partial Summary Judgment [DKT 18], and for good cause shown, hereby grants the same.

1. The deadline for filing the Opposition to the pending Motion for Partial Summary Judgment be extended to November 15, 2018.

2. The deadline for filing the Reply in support of the pending Motion for Partial Summary Judgment be extended to November 29, 2018.

**IT IS SO ORDERED.**

Dated: October 29, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE