UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS,<br><br>Plaintiff,<br><br>vs.<br><br>TWM WHOLESALE, LLC and<br>TIRE & WHEEL MASTER, INC.;<br>TIRE & WHEEL MASTER, LLC;<br>USA WHEEL & TIRE OUTLET, INC.;<br>ASLAM PROPERTY, INC.;<br>HB COMMERCIAL, LLC; NADEEM ASLAM;<br>and AMMAD HUSSAIN,<br><br>Defendants. | Case No. 2:18-cv-00339-MCE-GGH<br><br>**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO SUPPLEMENT AND REQUEST FOR EXTENSION OF TIME** |

Pursuant to Fed R. Civ. P. 6(b)(1)(B) and Local Rule 144, and based on a finding of excusable neglect, Defendants' Unopposed Motion to Supplement and Request for Extension of Time is GRANTED.

Defendants' Response to Plaintiff's Statement of Undisputed Material Facts and Defendants' Statement of Additional Undisputed Material Facts [ECF No. 28-1] is accepted as timely filed.

On or before December 18, 2018, Plaintiff Mobile Hi-Tech Wheels may file an amended Reply in Support of Its Motion for Partial Summary Judgment and Opposition to

Defendants' Motion Pursuant to Fed. R. Civ. P. 56(d) and amended Evidentiary Objections to Defendants' Response in Opposition to Plaintiff's Motion for Partial Summary Judgment.

IT IS SO ORDERED.

Dated: December 29, 2018

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE