BRANDON C. FERNALD (BAR NO. 222429)
brandon@fernaldlawgroup.com
**FERNALD LAW GROUP APC**
510 W 6th St, Suite 700
Los Angeles, California 90014
Telephone: (323) 410-0300
Facsimile: (323) 410-0330

AARON P. BRADFORD (*pro hac vice*)
ANDREA M. LAFRANCE (*pro hac vice*)
**BRADFORD, LTD**
2701 Lawrence Street, Suite 104
Denver, Colorado 80205
Telephone: (303) 325-5467
Facsimile: (844) 406-5294
E-Mail: aaron@APB-law.com

*Attorneys for Defendants Tire & Wheel Master, Inc. d/b/a Tire & Wheel Master Wholesale Distributor; Tire & Wheel Master Wholesale Distributor; and USA Wheel & Tire Outlet, Inc.*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MOBILE HI-TECH WHEELS,

Plaintiff,

vs.

TWM WHOLESALE, LLC and TIRE & WHEEL MASTER, INC.; TIRE & WHEEL MASTER, LLC; USA WHEEL & TIRE OUTLET, INC.; ASLAM PROPERTY, INC.; HB COMMERCIAL, LLC; NADEEM ASLAM; and AMMAD HUSSAIN,

Defendants.

Case No. 2:18-cv-00339-MCE-GGH

**ORDER GRANTING DEFENDANTS' APPLICATION FOR ORDER PERMITTING FILING OF DOCUMENTS UNDER SEAL**

**Hon. Morrison C. England, Jr.**

Having reviewed Defendants' Application for Order Permitting the Filing of Documents Under Seal and finding good cause therefor, the Court hereby grants permission for Defendants to lodge the following under seal:

- Exhibit R to the Declaration of Andrea LaFrance, 2018.09.28 Ltr. to T. Daly re Discovery Deficiencies
- Exhibit S to the Declaration of Andrea La France, MHT000057
- Declaration of Aaron P. Bradford, Esq.

**IT IS SO ORDERED.**

**Dated: December 30, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE