UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILE HI-TECH WHEELS,<br><br>Plaintiff,<br><br>vs.<br><br>TWM WHOLESALE, LLC and<br>TIRE & WHEEL MASTER, INC.;<br>TIRE & WHEEL MASTER, LLC;<br>USA WHEEL & TIRE OUTLET, INC.;<br>ASLAM PROPERTY, INC.;<br>HB COMMERCIAL, LLC; NADEEM ASLAM;<br>and AMMAD HUSSAIN,<br><br>Defendants. | Case No. 2:18-cv-00339-MCE-CKD<br><br>**ORDER GRANTING<br>JOINT STIPULATED REQUEST<br>TO STAY THE CASE AND DENYING<br>PENDING MOTIONS WITHOUT<br>PREJUDICE TO REFILING ONCE<br>STAY HAS BEEN LIFTED** |

The Court having considered Plaintiff Mobile Hi-Tech Wheels' and Defendants TWM Wholesale, LLC, Tire & Wheel Master, Inc., Tire & Wheel Master, LLC, USA Wheel Tire & Outlet, Inc., Aslam Property, Inc., HB Commercial, LLC, Nadeem Aslam, and Ammad Hussain (collectively, "Defendants") stipulated request to stay the case, and good cause appearing,

/ / /

/ / /

/ / /

**IT IS HEREBY ORDERED THAT**

1. The case is stayed for 90 days;

2. Plaintiff is allowed to file a First Amended Complaint during the pendency of the stay; and

3. Defendants' answer to the First Amended Complaint will not be due until 14 days after pendency of the stay.

4. Plaintiff's Motion for Partial Summary Judgment (ECF No. 18), as well as Defendants' Motion pursuant to Federal Rule of Civil Procedure 56(d) (ECF No. 25) are both DENIED, without prejudice to refiling once the stay in this matter has been lifted.

**IT IS SO ORDERED.**

Dated: June 6, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE